UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23890-CIV-PAS

**SPIEGEL & UTRERA, P.A.,**

 **Plaintiff,**

**vs.**

**FRED REIS,**

 **Defendant.**
_____/

## ORDER ON INFORMAL DISCOVERY CONFERENCE

This matter came before the Court on an informal discovery conference held before the undersigned on June 3, 2011. The Honorable Patricia A. Seitz, United States District Judge, has referred discovery matters in this case to the undersigned Magistrate Judge (DE ## 25, 31). Having heard from the Parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED as follows:

1. In response to Defendant's request for production #6, and the revised language agreed to by the parties prior to the hearing, Plaintiff shall produce any documents reflecting complaints by clients or consumers of the General Counsel's Club or Spiegel & Utrera, P.A. regarding legal services provided from 2007 to the present.

2. In response to Defendant's request for production #7, and the revised language agreed to by the parties prior to the hearing, Plaintiff shall produce all documents reflecting termination and/or cancellation of the General Counsel's Club contracts with any clients or consumers from 2007 to the present.

3. Plaintiff shall produce documents from 2007 to the present in accordance with Defendant's request for production numbers 14, 16 and 19.

4.  In response to Defendant's request for production #22, and the revised language agreed to by the parties prior to the hearing, Plaintiff shall produce all marketing materials, including advertisements, to promote the legal services of the General Counsel's Club from 2007 to the present.

5.  In response to Defendant's interrogatory #5, and the revised language agreed to by the parties prior to the hearing, Plaintiff shall state whether Plaintiff has been a party to a lawsuit brought by a client or former client from the year 2007 to the present regarding legal services provided; and, shall provide the nature of the action, the date and the Court in which the suit was filed, and the status of the final disposition of the action.

6.  In response to Defendant's interrogatory #6, Plaintiff shall provide a list of all members of the General Counsel's Club from 2007 to the present, but may redact names and addresses and identify the members by member number or initials. If, after reviewing the discovery produced pursuant to this order, defendant believes the identities are necessary, he may request a further hearing by calling the chambers of the undersigned magistrate judge within 30 days after production. Plaintiff shall be prepared to provide an unredacted list within 24 hours of a future order.

7.  Plaintiff shall respond to Defendant's interrogatory #8 in its entirety for years 2007 to the present. Defendant is hereby ordered to use any bar complaints provided by Plaintiff solely for the purpose of this present litigation, and is further ordered to hold said bar complaints in confidence and not to disseminate said bar complaints publically.

8.  Plaintiff shall provide a better answer to Defendant's interrogatory #13, which shall include the elements of the damages sought and the manner in which the damages are computed.

9.  Plaintiff shall comply with all aforementioned directives in this discovery order by Monday, June 27, 2011.

10.  The remaining disputed requests for production and interrogatories were withdrawn.

DONE AND ORDERED in Miami, Florida, on June 7, 2011.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
    Counsel of Record